# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CR084 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| DARIUS DELEON STEVENS, SR., | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE OF DEFENDANT
## DARIUS DELEON STEVENS, SR.'s ASSETS

WHEREAS, on July 9, 2012, this Court entered a Preliminary Order of Forfeiture

(Doc. 7) ordering the forfeiture pursuant to:

(1)      18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c) of the following property:

        (a)      $1,324.00 in U.S. Currency;

(2)      18 U.S.C. §492 and 28 U.S.C. §2461(c) of the following property:

        (a)      Sony Vaio Laptop Computer, Model PCG974L, SN 283293303420885, with black bag and misc cords;

        (b)      Custom Built Desktop Computer;

        (c)      Compaq Desktop Computer, Model SR1000, SN CNH63314CH;

        (d)      Netgear Wireless Router, Model WGR614, SN 1MU1877M00DED;

        (e)      GBC Heat Seal H100, SN PFV4099;

        (f)      HP PSC 2175 All-In-One Printer, SN MY392F9398;

        (g)      HP Laser Jet 1200 Printer, SN CNBSJ16433;

        (h)      Brother GX-6000 Typewriter, SN J16322698;

(i)     Canon U160 Typewriter, SN TC2010267;

(j)     OKI Microline 320 Tubro Printer, SN AE55011126E0;

(k)     Video Professor Learn Word Software;

(l)     Adobe Photoshop C53 Software;

(m)     Adobe Photoshop C52 Software;

(n)     16 CDs commercial;

(o)     27 CD's;

(p)     ID by mail;

(q)     The Encyclopedia of Personal Information;

(r)     ID Checking Guide;

(s)     The ID Forger;

(t)     How to Make Drivers Licenses and Other ID on Your Home Computer;

(u)     Miscellaneous books and manuals; and

(3)     18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c) of the following property:

(a)     Ruger P90 .45 handgun, SN: 662-48410;

(b)     .45 caliber magazines and ammunition; and

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on July 30, 2012, continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 25); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, a Judgment was issued on December 12, 2012 (Doc. 15) and in the Judgment the Defendant was ordered to forfeit the above referenced property;

WHEREAS, the Court finds that the defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C), 18 U.S.C. §492 and/or 18 U.S.C. §924(d)(1), and 28 U.S.C. §2461(c);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on December 12, 2012 (Doc. 15), ordering the forfeiture pursuant to 18 U.S.C. §981(a)(1)(C), 18 U.S.C. §492 and/or 18 U.S.C. §924(d)(1), and 28 U.S.C. §2461(c), of the following property:

     (a)    $1,324.00 in U.S. Currency;

     (b)    Sony Vaio Laptop Computer, Model PCG974L, SN 283293303420885, with black bag and misc cords;

     (c)    Custom Built Desktop Computer;

     (d)    Compaq Desktop Computer, Model SR1000, SN CNH63314CH;

     (e)    Netgear Wireless Router, Model WGR614, SN 1MU1877M00DED;

     (f)    GBC Heat Seal H100, SN PFV4099;

     (g)    HP PSC 2175 All-In-One Printer, SN MY392F9398;

(h)     HP Laser Jet 1200 Printer, SN CNBSJ16433;

(i)     Brother GX-6000 Typewriter, SN J16322698;

(j)     Canon U160 Typewriter, SN TC2010267;

(k)     OKI Microline 320 Tubro Printer, SN AE55011126E0;

(l)     Video Professor Learn Word Software;

(m)     Adobe Photoshop C53 Software;

(n)     Adobe Photoshop C52 Software;

(o)     16 CDs commercial;

(p)     27 CD's;

(q)     ID by mail;

(r)     The Encyclopedia of Personal Information;

(s)     ID Checking Guide;

(t)     The ID Forger;

(u)     How to Make Drivers Licenses and Other ID on Your Home Computer;

(v)     Miscellaneous books and manuals;

(w)     Ruger P90 .45 handgun, SN: 662-48410; and

(x)     .45 caliber magazines and ammunition

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 9-1-13

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE